# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EFL PARTNERS V, L.P. AND EFL
PARTNERS X, L.P.,

                 Petitioners

        v.

COURT OF COMMON PLEAS OF
PHILADELPHIA,

                 Respondent

: No. 122 EM 2014
:
: Emergency Application for Extraordinary
: Relief in the Nature of a Writ of Prohibition
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2014, the Emergency Application for Extraordinary Relief in the Nature of a Writ of Prohibition is **DENIED**.